HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #254302
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ROBERT WALLACE SMITH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:13-cr-0194 AWI - BAM |
|---|---|---|
| *Plaintiff,* | ) ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE; |
| v. | ) ) | ORDER |
| ROBERT WALLACE SMITH, | ) ) | |
| *Defendant.* | ) ) ) ) | Date: September 23, 2013 Time: 1:00 p.m. Judge: Hon. Barbara A. McAuliffe |

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel, Assistant United States Attorney David L. Gappa, Counsel for Plaintiff, and Assistant Federal Defender Charles J. Lee, Counsel for Defendant Robert Wallace Smith, that the status conference currently set for August 26, 2013 at 1:00 p.m. before Judge McAuliffe, **may be continued to September 23, 2013 at 1:00 p.m.**

Defense counsel has received the discovery and an offer on the case. Defense was retained an expert to analyze the forensic evidence in this case. The forensic media has been transferred to Sacramento where the expert can access it - however, the forensic examination and report will not be completed by the next status conference. The continuance is requested by defense counsel to allow time for the report to be completed and reviewed with the client. The government does not object to the continuance.

///

The requested continuance will conserve time and resources for both counsel and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein and for effective defense preparation and further plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

Dated: August 8, 2013

*/s/ David L. Gappa*
DAVID L. GAPPA
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Dated: August 8, 2013

*/s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
ROBERT WALLACE SMITH

**ORDER**

This case is continued until September 23, 2013, at 1:00 p.m. and the delay resulting from the continuance shall be excluded in the interests of justice and for effective defense preparation and further plea negotiations pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(ii) and (iv) because the ends of justice served in granting such continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: August 8, 2013            /s/ Barbara A. McAuliffe
                                 UNITED STATES MAGISTRATE JUDGE